## UNITED STATES, Appellee

v

## LEONARD K. CADE, JR., Private, U. S. Marine Corps, Appellant.

18 USCMA 570, 40 CMR 282

No. 22,118

September 12, 1969

*Lieutenant Norman A. Wulf,* JAGC, USNR, was on the pleadings for Appellant, Accused.

*Captain Patricia A. Murphy,* USMC, was on the pleadings for Appellee, United States.

## Opinion of the Court

DARDEN, Judge:

This accused negotiated a plea of guilty to an aggravated assault, in violation of Article 128, Uniform Code of Military Justice, 10 USC § 928. The inquiry into the providence of the plea compares to that made in United States v Care, 18 USCMA 535, 40 CMR 247. It does not meet the standard that must apply to cases tried thirty days after the decision in United States v Care, supra. There is an agreed stipulation of fact clearly showing that the accused committed the crime charged. His testimony in mitigation is to the same effect.

Accordingly, we find the plea of guilty provident and affirm the decision of the board of review.

Chief Judge QUINN concurs.

FERGUSON, Judge:

I concur in the result. See my dissent in United States v Care, 18 USCMA 535, 40 CMR 247.